**UNITED STATES DISTRICT COURT**

**DISTRICT OF KANSAS**

**JUDGMENT IN A CIVIL CASE**

**CHRIS WILHELM and**
**JOHN WEBER**

**v.**  **CIVIL NO.**
          **07-2465-KHV**
**TLC LAWN CARE, INC.**

      **IT IS ORDERED AND ADJUDGED** that pursuant to Notice of Acceptance of Offer of Judgment for Plaintiff Chris Wilhelm (Doc. #33), plaintiff Chris Wilhelm to recover of defendant TLC Lawn Care, Inc., the sum of Nine Hundred Twenty-Eight Dollars ($928.00), with interest thereon at the rate of 2.14% as provided by law and his costs of action.

      **IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Notice of Acceptance of Offer of Judgment for Plaintiff John Weber  (Doc. #34) , plaintiff John Weber to recover of defendant TLC Lawn Care, Inc., the sum of One Thousand Eight Dollars and Fifty Cents ($1,008.50), with interest thereon at the rate of 2.14% as provided by law and his costs of action.

**Dated:  June 11, 2008**        **TIMOTHY M. O'BRIEN, CLERK**

      **s/ Linda South**
      **Linda South, Deputy Clerk**