IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS WILHELM, et al | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 07-2465-KHV |
| | ) |
| TLC LAWN CARE, INC., et al | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' MOTION FOR ATTORNEY FEES AND NON-TAXABLE EXPENSES

**COME NOW**, the Plaintiffs, by and through their attorneys of record, moves this Court for an Order awarding Plaintiffs their attorney fees and non-taxable expenses incurred in the prosecution of the above-captioned matter. In support of their motion, Plaintiffs hereby incorporate and submit their Plaintiffs' Memorandum in Support of their Motion for Attorney Fees and Non-Taxable Expenses.

**WHEREFORE**, the Plaintiffs respectfully request and move this Court for an order granting Plaintiffs' Motion for Attorney Fees and Non-Taxable Expenses, ruling as follows:

1) That the rates requested ($325/hr for Michael F. Brady, $225/hr for Heather M. Lake and Michael A. Hodgson, and $125/hr for Matthew E. Osman) are reasonable and within the prevailing rates of attorneys in the Kansas City area performing similar work;

2) That the hours worked by Plaintiffs' counsel are reasonable and necessary for the diligent prosecution of this matter;

3) That the expenses in the amount of $938.40 expended by the Plaintiffs were reasonable; and

4) That the total award amount of $66,301.15 is reasonable and should be awarded to the Plaintiffs as attorney fees and expenses reasonably incurred in the prosecution of this case.

Respectfully submitted,

*s/Michael F. Brady*
Michael F. Brady KS#18630
Michael Hodgson KS#21331
10901 Lowell Avenue, Suite 280
Overland Park, KS 66210
Tel: (913) 696-0925
Fax: (913) 696-0468
brady@mbradylaw.com
mhodgson@mbradylaw.com
ATTORNEYS FOR PLAINTIFF